IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date Mailed: 1/30/15 |
| | : | |
| v. | : | |
| | : | |
| Barry Bekkedam | : | CRIMINAL NO. 14.cr.548.02 |

## NOTICE OF INITIAL APPEARANCE/ARRAIGNMENT

**1. TAKE NOTICE** that you have been indicted by the Grand Jury. A copy of the indictment is enclosed. A warrant for your arrest has been issued but you will not be arrested if you comply with this notice.

**2.** You are notified to appear for arraignment before United States Magistrate Wells on **Tuesday February 10, 2015**, at **1:30 p.m.**, in **Magistrate's Courtroom No. 5A, 5th floor**, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**3.** In order for the court to be provided with verified information regarding community and family ties in connection with the bail determination process, it is important that you contact the Pretrial Services Agency at (267) 299-4400 immediately. You will not be questioned concerning the offense for which you are charged and the information that you provide will be used for bail purposes only.

**4.** If you fail to appear at the arraignment pursuant to this notice, you will be subject to arrest by the United States Marshal.

**5.** Please consult with your attorney before the date fixed for arraignment.

**NOTE:** If you do not have an attorney and cannot afford to hire one, an attorney will be appointed for you by the Court. If you want an attorney to be appointed for you, take these papers immediately to the office of the Defender Association, The Curtis Center Bldg. Suite 540 West, Independence Square West, Philadelphia, PA 19106. If you qualify for an appointment of counsel, the Court will appoint either the Defender Association or a member of the Federal Defense Panel.

This case has been assigned to
**Judge C. Darnell Jones II**
For information communicate with
Courtroom Deputy A`iShah El-Shabazz
Room 5312 , Tel No. 267-299-7759

☐INTERPRETER REQUIRED

NOTICE TO: U.S. Magistrate
Defendant
Defender Association
U.S. Attorney
U.S. Marshal
via e-mail                Pretrial Services
Cr. 9A(rev. 8/97)