IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| BARRY BEKKEDAM | : | NO. 2:14-CR-00548 |

## ORDER

AND NOW, this _____ Day of February _____, 2015, it is hereby

ORDERED that the application of <u>Joel D. Schwartz</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Criminal Action No#2:14-CR-00548

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____Joel D. Schwartz_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __43632__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| District of Columbia | 01/10/2000 | 465838 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Maryland | 01/17/2013 | (No Bar #s in MD) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| US Dist. Ct. for MD | 11/04/2013 | 18818 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| USDC for DC | 03/03/2000 | 465838 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for      Pro Hac Vice  /s/ Barry Beckdam

_____
(Applicant's Signature)

02/19/2015
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Shulman Rogers Gandal Pordy Ecker

12505 Park Potomac Avenue - 6th Floor, Potomac, Maryland 20854

(301) 945-9240

Sworn and subscribed before me this

19 Day of February 2015

_Michele L. Moore_
Notary Public

MICHELE L. MOORE
NOTARY PUBLIC
CARROLL COUNTY
MARYLAND
MY COMMISSION EXPIRES JULY 20, 2015

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Joel D. Schwartz___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Michael J. Engle, Esquire | *[signature]* | 12/07/2000 | 85576 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Greenblatt Pierce Engle Funt Flores

123 S. Broad Street, Suite 2500, Philadelphia, PA 19109

215.985.4275

Sworn and subscribed before me this

20th Day of February 2005

*[signature]*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PAMELA DEE HUFFMAN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 3, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| BARRY BEKKEDAM | : | NO. 2:14-CR-00548 |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of   Joel D. Schwartz

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was ~~mailed~~ delivered today ~~with~~

~~postage prepaid~~ via courier to:

David L. Ignall, Assistant U.S. Attorney, Eastern District of Pennsylvania

615 Chestnut Street, Suite 1250

Philadelphia, PA 19106


_____
Signature of Attorney

Michael J. Engle
Name of Attorney

Michael J. Engle
Name of Moving Party

2·20·15
Date