IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



Criminal Action No# 2:14-CR-000548

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Allison Baker Shealy__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __46702__, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| District of Columbia | 07/08/2002 | 478202 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Virginia | 10/12/2001 | 46634 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| US District Court for E.D. Virginia | 2001 | 46634 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| US Court of Appeals for Fourth Circuit | 3/22/2002 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| US Court of Appeals for DC Circuit | 3/27/2002 | 48065 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   Pro Hac Vice for Barry R. Bekkedeam

_____
(Applicant's Signature)

July 14, 2015
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Shulman Rogers Gandal Pordy & Ecker, PA
12505 Park Potomac Avenue, 6th Floor
Potomac, MD 20854

Sworn and subscribed before me this
14th Day of July, 2015
_____
Notary Public

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Allison Baker Shealy__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Michael J. Engle | _[signature]_ | 12/07/2000 | 85576 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Greenblatt Pierce Engle Funt Flores

123 S. Broad Street, Suite 2500, Philadelphia, PA 19109

215.985.4275

---

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PAMELA DEE HUFFMAN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 3, 2018

Sworn and subscribed before me this

15th Day of July, 2015

_Pamela Dee Huffman_
Notary Public

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| BRIAN HARTLINE | : | |
| BARRY BEKKEDAM | : | NO. 2:14-cr-00548 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Allison Baker Shealy

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

David Ignall, Assistant US Attorney, Eastern District of Pennsylvania

615 Chestnut Street, Suite 1250

Philadelphia, PA 19106

_____
Signature of Attorney

Michael J. Engle, Esq.
Name of Attorney

Michael J. Engle
Name of Moving Party

07/15/15
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| BRIAN HARTLINE | : | |
| BARRY BEKKEDAM | : | NO. 2:14-cr-00548 |

ORDER

AND NOW, this _____ Day of _____, 2015 , it is hereby

ORDERED that the application of Allison Baker Shealy, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

\_\_\_\_\_ GRANTED.

\_\_\_\_\_ DENIED.

_____
J.