# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| vs. | : | CRIMINAL NO. 14-548 |
| BARRY BEKKEDAM | : | |

## ORDER

**AND NOW,** this 18th day of December, 2015, upon consideration of Government's Objection to Defendant Barry Bekkedam's Proposed Order to Compel the Government to Issue Litigation Hold and Document Preservation Notices, (Dkt No. 111), and Defendant Bekkedam's Response to Government's Objection (Dkt No. 117), it is hereby ORDERED that said Objection is OVERRULED.

The Government has submitted an objection to this Court entering a written Order for action that the Government in its own papers states was already issued orally by this Court. On the first page of the Government's Objection it states: "At a hearing in this matter on November 4, 2015, upon request of counsel for Mr. Bekkedam, the Court directed the government to inform agencies from whom the government has obtained documents, . . . to preserve documents in their possession relevant to this investigation and prosecution." The Government goes on to say that it has complied with the Order or directive from this Court. Therefore, there is no need to issue a separate order.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II    J.