# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | **CRIMINAL NO. 14-548 (CDJ)** |
| BRIAN HARTLINE | : | |
| BARRY BEKKEDAM | | |
| | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2016, after consideration of *Defendant Barry Bekkedam's Motion for a New Trial*, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that the Judgment of Guilty entered against Mr. Bekkedam with respect to Counts 1 – 4 of the Indictment on April 27, 2016 is hereby **VACATED**.

BY THE COURT:

_____
C. Darnell Jones, II, J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 14-548 (CDJ) |
| BRIAN HARTLINE | : | |
| BARRY BEKKEDAM | | |
| | : | |

## DEFENDANT BARRY BEKKEDAM'S MOTION FOR NEW TRIAL

Defendant Barry Bekkedam, through undersigned counsel, moves this Court, to vacate the Judgment entered April 27, 2016 against Mr. Bekkedam and grant him a new trial pursuant to Rule 33(a) of the Federal Rules of Criminal Procedure. In support of this Motion, Mr. Bekkedam incorporates by reference his Memorandum of Law.

Date: June 1, 2016 

Respectfully submitted,

_____/s/_____
Joel D. Schwartz
Russell D. Duncan
Allison Baker Shealy
Renee B. Kramer
jschwartz@shulmanrogers.com
rduncan@shulmanrogers.com
ashealy@shulmanrogers.com
rkramer@shulmanrogers.com
Shulman Rogers Gandal Pordy Ecker, P.A
12505 Park Potomac Ave., 6th Floor
Potomac, MD 20854
Tel: (301) 945-9240
Fax: (301) 230-2891

Michael J. Engle
m.engle@gpeff.com
Greenblatt Pierce Engle Funt Flores
123 South Broad St. Suite 2500

Philadelphia, PA 19109
(215) 985-4275
Fax: (888) 495-7377
*Counsel for Barry Bekkedam*

CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing *Defendant Barry Bekkedam's Motion For New Trial* to be served by ECF on June 1, 2016, on:

David J. Ignall
Jennifer Chun Barry
Assistant United States Attorneys
Eastern District of Pennsylvania
615 Chestnut Street
Philadelphia, PA 19106
*David.J.Ignall@usdoj.gov*
*Jennifer.Barry@usdoj.gov*

_____/s/_____
Joel D. Schwartz