# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | |
| BRIAN HARTLINE, | : | NO: 14-548 |
| BARRY BEKKEDAM, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 6th day of July, 2016, it is hereby ORDERED that the Court's order dated June 2, 2016 (Dkt No. 234) is AMENDED to reflect that the Court's hearing on the Rule 29 and Rule 33 Motions scheduled for Thursday, July 14, 2016 shall be held at **10:00 AM.**

BY THE COURT:

/s/ C. Darnell Jones, II

C. DARNELL JONES, II    J.