UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. C. Darnell Jones II |
| v. | |
| BRIAN HARTLINE | Criminal No. 14-548(CDJ) |
| BARRY BEKKEDAM | |

## ORDER

AND NOW, this ___ day of _____, 2016, upon consideration of *Motion to Withdraw* by the law firm of Shulman Rogers Gandal Pordy Ecker, P.A., it is ORDERED that the motion is GRANTED.

BY THE COURT:

_____
J., United States District Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. C. Darnell Jones II |
| v. | |
| BRIAN HARTLINE | Criminal No. 14-548(CDJ) |
| BARRY BEKKEDAM | |

## MOTION TO WITHDRAW

Undersigned counsel, the law firm of Shulman Rogers Gandal Pordy Ecker, P.A. ("Shulman Rogers" – specifically, in the persons of Russell D. Duncan, Joel D. Schwartz, Allison Baker Shealy, and Renee B. Kramer),[1] moves to withdraw as counsel for Barry Bekkedam in the above-captioned matter.

Undersigned counsel and Mr. Bekkedam have terminated their attorney-client relationship in this matter. As Mr. Engle remains as counsel and, on information and belief upon representation by Mr. Bekkedam that another law firm also is entering its appearance for Mr. Bekkedam, withdrawal of Shulman Rogers can be accomplished without material adverse effect on the interests of Mr. Bekkedam. *See* Pa. Rules of Professional Conduct, R. 1.16(b)(1).

Mr. Bekkedam agrees to this motion.

---

[1] Mr. Jacob Frenkel appeared as counsel as affiliated with Shulman Rogers. Mr. Frenkel no longer is affiliated with the firm.

1

WHEREFORE, PREMISES CONSIDERED, undersigned counsel respectfully requests that the Court grant this *Motion to Withdraw*.

Date: October 25, 2016

Respectfully submitted,

Joel D. Schwartz
Russell D. Duncan
Allison Baker Shealy
Renee B. Kramer
jschwartz@shulmanrogers.com
rduncan@shulmanrogers.com
ashealy@shulmanrogers.com
rkramer@shulmanrogers.com

Shulman Rogers Gandal Pordy Ecker, P.A.
12505 Park Potomac Ave., 6th Floor
Potomac, MD 20854
T: (301) 945-9240
F: (301) 230-2891

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2016, I caused a true and correct copy of the foregoing *Motion to Withdraw* to be served by ECF upon:

David J. Ignall
Jennifer Chun Barry
Assistant United States Attorneys
Eastern District of Pennsylvania
615 Chestnut Street
Philadelphia, PA 19106
David.J.Ignall@usdoj.gov
Jennifer.Barry@usdoj.gov

Michael J. Engle
Greenblatt Pierce Engle Funt Flores
123 South Broad St. Suite 2500
Philadelphia, PA 19109

2

m.engle@gpeff.com

_____/s/_____
Joel D. Schwartz

Case 2:14-cr-00548-CDJ   Document 252   Filed 10/25/16   Page 4 of 4

3

m.engle@gpeff.com