IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : : : | Hon. C. Darnell Jones, II |
| v. | : : | CRIMINAL NO. 2:14-00548-CDJ |
| BRIAN HARTLINE<br>BARRY BEKKEDAM | : : : | |

## ENTRY OF APPEARANCE

The undersigned hereby enters his appearance as Counsel for the defendant, Barry Bekkedam, in connection with the above-captioned matter.

Dated:   October 27, 2016

                                        Respectfully submitted,

                                        */s/ Keith M. Rosen*
                                        Keith M. Rosen
                                        **CHADBOURNE & PARKE LLP**
                                        1200 New Hampshire Avenue, NW
                                        Washington, DC 20036
                                        (202) 974-5600
                                        krosen@chadbourne.com

## CERTIFICATE OF SERVICE

    I hereby certify that on October 27, 2016 I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the CM/ECF system on:

| | |
|---|---|
| David J. Ignall | Patrick J. Egan |
| Jennifer Chun Barry | John C. Fuller |
| Assistant United States Attorneys | Counsel for Defendant Brian Hartline |
| Eastern District of Pennsylvania | Fox Rothschild LLP |
| 615 Chestnut Street | 2000 Market St., 10th Floor |
| Philadelphia, PA 19106 | Philadelphia, PA 19107 |
| David.J.Ignall@usdoj.gov | pegan@foxrothschild.com |
| Jennifer.Barry@usdoj.gov | jfuller@foxrothschild.com |

Joel D. Schwartz
Russell D. Duncan
Allison Baker Shealy
Renee B. Kramer
Shulman Rogers Gandal Pordy Ecker,
P.A. 12505 Park Potomac Ave., 6th Floor
Potomac, MD 20854
jschwartz@shulmanrogers.com
rduncan@shulmanrogers.com
ashealy@shulmanrogers.com
rkramer@shulmanrogers.com

                */s/ Keith M. Rosen*
                Keith M. Rosen